# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Shawn Reinardy, individually and on behalf of himself and all others similarly situated; Dawn Reinardy, individually; and Evangeline Reindary, individually; | Case No. 21-CV-1931 (SRN/HB) |
| Plaintiffs, | |
| v. | **ORDER** |
| The Cardinal Law Group and The Freeman Group, | |
| Defendants. | |

This matter is before the Court upon the Notice filed by Plaintiffs of their voluntary dismissal of this matter pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, this action is DISMISSED, without prejudice.

BY THE COURT:

Dated: January 5, 2022

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge